IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTWOINE HOLDER                                                                                                        PLAINTIFF
ADC #146347

V.                                                    NO: 5:11CV00290 JMM

TYRA TYLER *et al.*                                                                                                     DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 11th day of September, 2012.

                                                                                                       _____
                                                                                                       UNITED STATES DISTRICT JUDGE