**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ANTWOINE HOLDER                                                                    PLAINTIFF
ADC #146347

V.                                          NO: 5:11CV00290 JMM

TYRA TYLER *et al.*                                                               DEFENDANTS

## <u>JUDGMENT</u>

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice;

the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from

the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 11th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE